1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| EMMANUEL GONZALEZ, an individual, | Case No.: 8:22-cv-02171-SSC |
|---|---|
| Plaintiff, | *Judge: Hon. Stephanie S. Christensen* |
| v. | **[~~PROPOSED~~] ORDER OF DISMISSAL** |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants, | |

1 | Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, with the Court retaining jurisdiction over the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

DATE: October 10, 2024        By:_____
                              Hon. Stephanie S. Christensen
                              United States Magistrate Judge